■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM A. JOHNSON, Appellant.— Motion to dismiss an appeal purportedly taken from an order of the County Court, Westchester County, which affirmed a judgment of a Police Court convicting appellant of failing to make a full stop. (Ordinances of Village of Scarsdale, art. 1, § 3.) Motion granted and appeal dismissed. (See Code Crim. Pro., § 520, subd. 1; § 517, subd. 3.) Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.

■ ALFRED RONDINELLI, Respondent, v. CHICAGO, ROCK ISLAND AND PACIFIC RAILROAD COMPANY, Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals granted. The following question is certified: Were the orders of the Special Term properly made? Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ.

■ MORRIS A. SIDIKMAN, Appellant, v. ORRIE L. SHURE, Respondent.— Motion referred to the court that rendered the decision. Present — Nolan, P. J., Wenzel, Murphy, Hallinan and Kleinfeld, JJ. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Present — Beldock, Acting P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ.

■ JOHN BRUCE, Respondent, v. LANGTRY LTD. et al., Appellants.— In an action to recover commissions alleged to be due, the appeal is from an order denying a motion to dismiss the amended complaint pursuant to subdivision 4 of rule 106 of the Rules of Civil Practice. Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.